UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MORGAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| APPLE, INC., | ) | 5:24-CV-439-BO-RJ |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss and motion for other relief. [DE 26]. Plaintiff, who proceeds in this action *pro se,* has been notified of her right to respond to the motion to dismiss [DE 28] and has failed to do so. The time for responding having expired, the motion is ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss and for other relief [DE 26] is GRANTED IN PART and DENIED IN PART AS MOOT. Plaintiffs complaint is hereby DISMISSED in its entirety. Defendant's request for other relief is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on December 5, 2024, and served on:**
Morgan Williams (via US Mail to 1380 Monroe Street NW, Ste #535, Washington, D.C. 20010)
Jason Federmack (via CM/ECF NEF)

                                            PETER A. MOORE, JR., CLERK
December 5, 2024

                                            /s/ Lindsay Stouch
                                            By: Deputy Clerk